AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Carolyn Dykes, Individually & On Behalf of All Others Similarly Situated<br><br>*Plaintiff(s)*<br>v.<br>Gatestone & Co International Inc.<br><br>*Defendant(s)* | Civil Action No. 1:18-cv-154 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gatestone & Co. International, Inc.
CT Corporation System, Registered Agent
4701 Cox Road, Suite 285
Glen Allen, VA 23060

RECEIVED 2018 FEB 22 A 11:33 HENRICO SHERIFF OFFICE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/13/2018

*Signature of Clerk or Deputy Clerk*

NAME AND ADDRESS
SAME AS FRONT

☐ PERSONAL SERVICE

☐ Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to person found in charge of usual place of business or employment during business hours and giving information to its purport.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or order at usual place of abode of party named above giving information of its purport. List name, age of recipient and relation of recipient to party named above.

☐ Posted on the common door of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ Copy mailed to judgment debtor on date below after serving the garnishee unless a different date is shown below.

☐ Evicted     ☐ Not Evicted Teresa Brown

☐ Served on registered agent Registered Agent

☐ Not found

☐ NO EFFECTS FOUND

DATE 2-26-18

DEPUTY SHERIFF
FOR: Sheriff Michael L. Wade
Henrico County, Virginia

# Service Authorization
## CT Corporation System

CT Corporation System ("CT") is registered agent for service of process for numerous corporations and similar entities. CT receives the process only in its capacity as a commercial registered agent. The individuals designated below are employees of CT Corporation System and in receiving the process, do so only on CT's behalf and in CT's capacity as registered agent.

**PLEASE NOTE:** The Code of Virginia §§ 13.1-634 provides in part:
"Registered office and registered agent.
A....
B. The sole duty of the registered agent is to forward to the corporation at its last known address any process, notice or demand that is served on the registered agent."

*As such, neither CT Corporation System, nor its individual employees designated below, have the duty or the ability to respond to any legal process, notice or demand that is served on CT's clients.*

The following natural persons are designated in the office of the registered agent upon whom any process, notice or demand may be served:

Katie Bush            Teresa Brown            Jabrel Samuel

This authorization does not certify the receipt or acceptance of any specific process

_____
Teresa Brown
Team Leader
CT Corporation System

State of Virginia
County of Henrico

This day personally appeared before me, Teresa Brown, who name is signed above and who, being first duly sworn, upon her oath, state that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 20th day of November, 2017.

_____
Notary Public
Commission exp. 2/28/19.

[Notary Seal: Lisa D. Christian, Notary Public, Commonwealth of Virginia, My Commission Number 7610278]