# THOMAS R. BREEDEN, PC

## Attorney & Counselor at Law

WWW.TBREEDENLAW.COM            TRB@TBREEDENLAW.COM

March 5, 2018

U.S. District Court Clerk
Civil Division
Fernando Galindo
401 Courthouse Square
Alexandria, VA 22314

        Re:   *Carolyn Dykes, Individually & On Behalf of All Others Similarly Situated v. Gatestone & Co International, Inc.*
             Case No. 1:18cv154

Dear Clerk:

I enclose the following documents for filing in the above-referenced matter:

1.     Return of Service for Defendant

If you have any questions, please feel free to contact us.

                            Very truly yours,

                            Heather Damewood,
                            Paralegal to Thomas R. Breeden

TRB/hdd
Enclosure