UNITED STATES DISTRICT COURT
DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| CAROLYN DYKES,<br>individually and on behalf of<br>all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>GATESTONE & CO. INTERNATIONAL INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number:<br>18-CV-154-LO-MSN |

**Plaintiff's Motion for Class Certification and
Preliminary Approval of Class Action Settlement**

COMES NOW your Plaintiff, by counsel, and respectfully requests this Honorable Court grant class certification and preliminary approval of the proposed class action settlement in the above matter, and in support thereof submits the attached Memorandum and Declarations in Support of Plaintiff's Motion for Class Certification and Preliminary Approval of Class Action Settlement.

WHEREFORE, your Plaintiff, by counsel, respectfully requests this Honorable Court to grant class certification and preliminary approval of the proposed class action settlement in this matter.

Dated: October 5, 2018

PLAINTIFF, CAROLYN DYKES, Individually
And On Behalf Of The Class,

          By:  /s/ Thomas R. Breeden
          Thomas R. Breeden
          Thomas R. Breeden, P.C.
          10326 Lomond Drive
          Manassas, Virginia 20109
          Tel: (703) 361-9277
          Fax: (703) 257-2259
          trb@tbreedenlaw.com

          Brian L. Bromberg
          Bromberg Law Office, P.C.
          26 Broadway, 21st Floor
          New York, NY 10004
          Tel: (212) 248-7906
          Fax: (212) 248-7908
          Email: brian@bromberglawoffice.com

**Certificate of Service**

      I certify that on October 5, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Francis J. Prior, Esquire
Siciliano, Ellis, Dyer & Boccarosse, PLC
10521 Judicial Dr, Suite 120
Fairfax, Virginia 22030
fprior@sedblaw.com
Tel (703) 385-6697

Harijot S. Khalsa, Esq.
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
Sand Diego, California 92108-3426
hskhalsa@session.legal
Tel (657) 445-6089, Fax (619) 296-2013
*Counsel for Defendant*

          _____/s/_____
          Thomas R. Breeden, VSB #33410
          Thomas R. Breeden, P.C.
          10326 Lomond Drive
          Manassas, Virginia 20109
          Tel: (703) 361-9277;
          Fax: (703) 257-2259
          trb@tbreedenlaw.com
          Counsel for Plaintiff

Case 1:18-cv-00154-LO-MSN   Document 24   Filed 10/05/18   Page 3 of 3 PageID# 101