UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| CAROLYN DYKES, on behalf of herself and all others similarly situated, | Civil Action No. 1:18-cv-00154 (LO/MSN) |
| Plaintiff, | |
| v. | |
| GATESTONE & CO. INTERNATIONAL INC, | |
| Defendant. | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that the Plaintiff, Carolyn Dykes, will present her Motion for Class Certification and Preliminary Approval of Class Action Settlement to the Court on October 19, 2018 at 10:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted.
CAROLYN DYKES

By: /s/Thomas R. Breeden

Thomas R. Breeden, Virginia Bar No 33410
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Tel (703) 361-9277, Fax (703) 257-2259
trb@tbreedenlaw.com

Brian L. Bromberg, Fed Bar No. ct26967
brian@bromberglawoffice.com
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10005
Tel (212) 248-7906 Fax (212) 248-7908
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I certify that on the 5th day of October, 2018 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Francis J. Prior, Esquire
Siciliano, Ellis, Dyer & Boccarosse, PLC
10521 Judicial Dr, Suite 120
Fairfax, Virginia 22030
fprior@sedblaw.com
Tel (703) 385-6697

Harijot S. Khalsa, Esq.
Sessions, Fishman, Nathan & Israel, LLP
1545 Hotel Circle South, Suite 150
Sand Diego, California 92108-3426
hskhalsa@session.legal
Tel (657) 445-6089, Fax (619) 296-2013

*Counsel for Defendant*

            ____/s/_____
            Thomas R. Breeden, Esquire
            (VSB #33410)
            THOMAS R. BREEDEN, P.C.
            10326 Lomond Drive
            Manassas, Virginia  20109
            (703) 361-9277 Telephone
            (703) 257-2259 Facsimile
            trb@tbreedenlaw.com
            *Counsel for Plaintiff*