## ** CIVIL MINUTES **

Date: 10/19/2018                                               Judge: O'Grady
                                                                                                 Reporter: N. Linnell

10:10 to 10:15

Civil Action Number: 1:18cv154

### Carolyn Dykes vs. Gatestone & Co. International

| Counsel for Plaintiffs: | Counsel for Defendants: |
|---|---|
| Brian Bromberg | Andrew Blady |
| Thomas Breeden | Francis Prior, Jr. |

Appearance of Counsel.

Plaintiff's [24] Motion for Class Certification and Preliminary Approval of Class Action Settlement – Granted. Counsel to make the modifications discussed to the proposed order, and to submit a revised Order of Preliminary Approval to the Court in Word format.

Final Approval Hearing set for February 8, 2019 @ 10:00